WILLIAM MARI v.
CITY COUNCIL OF THE CITY OF LONG BRANCH.

January 29, 1976. Petition for certification denied.

WILLIAM A. JONES v.
NEW JERSEY STATE PAROLE BOARD.

January 29, 1976. Petition for certification denied.

ALEXANDER HOLZMAN v.
NEW JERSEY STATE PAROLE BOARD.

January 29, 1976. Petition for certification denied.

NEW JERSEY DEPARTMENT OF LABOR AND INDUSTRY v.
MARTIN LUTZ APPELLATE PRINTERS, INC.

January 29, 1976. Petition for certification granted.